

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Estate of Larkin Anson Jones, Deceased

No. 06-12-00086-CV

Appeal from the County Court at Law of Rusk County, Texas (Tr. Ct. No. 08-143-P). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Myrna S. (Hellen) Jones, pay all costs of this appeal.

RENDERED FEBRUARY 20, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk